IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-cv-81473-MARRA

JOHN NEUMAN, individually and
on behalf of others similarly situated under
29 U.S.C. 216(B),

       Plaintiff,

v.

EXAMSOFT WORLDWIDE, INC. a
Florida Corporation, and CT CORPORATION,
a Delaware Corporation

       Defendants,
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, JOHN NEUMAN, by and through the undersigned counsel, hereby stipulates to a dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.  Each party shall bear its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated: January 20, 2015

                                      Respectfully submitted,

                                      s/ Rebecca Radosevich
                                      Rebecca Radosevich
                                      Florida Bar No.: 91205
                                      Serv529@LegalBrains.com
                                      **THE TICKTIN LAW GROUP, P.A.**
                                      600 West Hillsboro Boulevard
                                      Suite 220
                                      Deerfield Beach, Florida 33441-1610
                                      Telephone: (954) 570-6757
                                      Facsimile: (954) 570-6760
                                      Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                            s/ Rebecca Radosevich
                                                            Rebecca Radosevich

## SERVICE LIST

**John Neuman v. Examsoft Worldwide, Inc., et al.
Case No.: 14-cv-81473-MARRA
United States District Court/Southern District of Florida**

Steven A. Siegel
Florida Bar No.: 497274
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4724
Facsimile: (954) 525-8739
Attorneys for the Defendant

3

**THE TICKTIN LAW GROUP, P.A.**
600 WEST HILLSBORO BOULEVARD, SUITE 220, DEERFIELD BEACH, FLORIDA 33441-1610
TELEPHONE: (954) 570-6757